**No. 10-907. Owner-Operator Indepen-
dent Drivers Association, Inc., et al.,
Petitioners v. Mayflower Transit,
LLC.**

562 U.S. 1271, 131 S. Ct. 1612, 179 L.
Ed. 2d 502, 2011 U.S. LEXIS 2072.

March 7, 2011. Petition for writ of cer-
tiorari to the United States Court of Ap-
peals for the Seventh Circuit denied.

Same case below, 615 F.3d 790.

**No. 10-927. Swee Foon Chong, Peti-
tioner v. Eric H. Holder, Jr., Attor-
ney General.**

562 U.S. 1272, 131 S. Ct. 1613, 179 L.
Ed. 2d 502, 2011 U.S. LEXIS 1965.

March 7, 2011. Petition for writ of cer-
tiorari to the United States Court of Ap-
peals for the Second Circuit denied.

Same case below, 391 Fed. Appx. 49.

**No. 10-936. Eric M. Betts, et al., Peti-
tioners v. New Castle Youth Devel-
opment Center, et al.**

562 U.S. 1272, 131 S. Ct. 1614, 179 L.
Ed. 2d 502, 2011 U.S. LEXIS 1922.

March 7, 2011. Petition for writ of cer-
tiorari to the United States Court of Ap-
peals for the Third Circuit denied.

Same case below, 621 F.3d 249.

**No. 10-943. Robert Joseph Forest, Pe-
titioner v. California.**

562 U.S. 1272, 131 S. Ct. 1615, 179 L.
Ed. 2d 502, 2011 U.S. LEXIS 1927.

March 7, 2011. Petition for writ of cer-
tiorari to the Court of Appeal of Califor-
nia, First Appellate District, denied.

**No. 10-951. Reel Hooker Sportfishing,
Inc., et al., Petitioners v. Hawaii De-
partment of Taxation.**

562 U.S. 1272, 131 S. Ct. 1616, 179 L.
Ed. 2d 502, 2011 U.S. LEXIS 1993.

March 7, 2011. Petition for writ of cer-
tiorari to the Intermediate Court of Ap-
peals of Hawaii denied.

Same case below, 123 Hawaii 494, 236
P.3d 1230.

**No. 10-952. Blue Movies, Inc., dba
Love Boutique, et al., Petitioners v.
Metropolitan Government of Louis-
ville and Jefferson County, Ken-
tucky.**

562 U.S. 1272, 131 S. Ct. 1617, 179 L.
Ed. 2d 502, 2011 U.S. LEXIS 1991.

March 7, 2011. Petition for writ of cer-
tiorari to the Supreme Court of Kentucky
denied.

Same case below, 317 S.W.3d 23.

**No. 10-957. John Doe, Petitioner v.
Mark Shurtleff, Attorney General of
Utah.**

562 U.S. 1272, 131 S. Ct. 1617, 179 L.
Ed. 2d 502, 2011 U.S. LEXIS 1926.

March 7, 2011. Petition for writ of cer-
tiorari to the United States Court of Ap-
peals for the Tenth Circuit denied.

Same case below, 628 F.3d 1217.

**No. 10-968. Louto J. Braquet, Jr., Pe-
titioner v. United States Court of
Appeals for the Fifth Circuit, et al.**

562 U.S. 1272, 131 S. Ct. 1626, 179 L.
Ed. 2d 502, 2011 U.S. LEXIS 2053.

March 7, 2011. Petition for writ of cer-
tiorari to the United States Court of Ap-
peals for the Fifth Circuit denied.